IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| KENDALL TEPFER, <br> PLAINTIFF, | |
| v. | Case No. 4:13-cv-00457 |
| GALAXY CAPITAL SOLUTIONS INC., <br> DEFENDANT | |

## NOTICE OF SETTLEMENT

TO THE HONORABLE JUDGE OF SAID COURT:

NOTICE IS HEREBY GIVEN that all claims against Galaxy Capital Solutions Inc. have been resolved to the parties' satisfaction. Plaintiff and Defendant are working on signing final settlement papers and will file a stipulation of dismissal when completed.

Plaintiff and Defendant respectfully request that this Court allow sixty (60) days within which to complete the settlement and dismiss the case with prejudice at that time should there be no further activity from either party.

    Respectfully submitted,

    /s/ Jeff Wood

    _____

    Jeff Wood, Esq.
    ArkBN: 2006164
    103 N. Goliad, Suite 204
    Rockwall, TX  75087
    TEL:  615-628-7128
    FAX:  615-807-3344
    EMAIL:  jeff@mmlaw.pro

## **CERTIFICATE OF SERVICE**

     I hereby certify that on October 4, 2013, a true and correct copy of this document has been forwarded to all attorneys of record via the court's CM/ECF system.

                                  /s/ Jeff Wood
                                  Jeffrey D. Wood